IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHROME HEARTS LLC,<br><br>               Plaintiff,<br><br>   v.<br><br>THE PARTNERSHIPS and<br>UNINCORPORATED ASSOCIATIONS<br>IDENTIFIED ON SCHEDULE "A,"<br><br>               Defendants. | Case No. 21-cv-02042<br><br>**Judge Gary Feinerman**<br><br>**Magistrate Judge Heather K. McShain** |

**PLAINTIFF'S *EX PARTE* MOTION
TO EXTEND THE TEMPORARY RESTRAINING ORDER**

Plaintiff Chrome Hearts LLC ("Plaintiff" or "Chrome Hearts") seeks to extend the Temporary Restraining Order granted and entered by the Court on April 23, 2021 [25], by a period of fourteen (14) days until May 21, 2021. Such application is based upon this Motion and the concurrently filed Memorandum of Law.

Dated this 4th day of May 2021.        Respectfully submitted,

                                                        /s/ Justin R. Gaudio
                                                        Amy C. Ziegler
                                                        Justin R. Gaudio
                                                        Jake M. Christensen
                                                        Martin F. Trainor
                                                        Greer, Burns & Crain, Ltd.
                                                        300 South Wacker Drive, Suite 2500
                                                        Chicago, Illinois 60606
                                                        312.360.0080 / 312.360.9315 (facsimile)
                                                        aziegler@gbc.law
                                                        jgaudio@gbc.law
                                                        jchristensen@gbc.law
                                                        mtrainor@gbc.law

                                                        *Counsel for Plaintiff Chrome Hearts LLC*