IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHROME HEARTS LLC, <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A," <br><br> Defendants. | Case No. 21-cv-02042 <br><br> **Judge Gary Feinerman** <br><br> **Magistrate Judge Heather K. McShain** |

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S *EX PARTE*
MOTION TO EXTEND THE TEMPORARY RESTRAINING ORDER**

Pursuant to Rule 65(b)(2) of the Federal Rules of Civil Procedure and the Court's inherent power to effectuate its own orders, Plaintiff Chrome Hearts LLC ("Plaintiff" or "Chrome Hearts") seeks to extend the Temporary Restraining Order granted and entered by the Court on April 23, 2021 (the "TRO") [25] by a period of fourteen (14) days until May 21, 2021.

On April 23, 2021, this Court entered the TRO against the Defendants identified on Schedule A to the Complaint. [25]. As of May 4, 2021, the third parties have not completed effectuating the TRO. Declaration of Justin R. Gaudio at ¶ 2. Chrome Hearts plans to freeze financial accounts identified by the third parties. *Id*.

Rule 65(b)(2) states that a temporary restraining order entered without notice may be extended provided a party can show, prior to expiration of the order, good cause for such an extension. Fed. R. Civ. P. 65(b)(2). Chrome Hearts respectfully submits that there is good cause to extend the TRO, since there is a high probability that the Defendants will continue to harm Chrome Hearts without the TRO in place. Specifically, Defendants will likely attempt to move

any assets from their financial accounts to off-shore bank accounts. As discussed in Chrome Hearts' Memorandum in Support of its *Ex Parte* Motion for Entry of a Temporary Restraining Order, and as found by the Court in granting the TRO, this possibility of harm is significant. Accordingly, in the interest of justice, Chrome Hearts submits that extension of the TRO is necessary. In light of the above, Plaintiff respectfully requests that the TRO be extended for a period of fourteen (14) days until May 21, 2021.

Dated this 4th day of May 2021.	Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Jake M. Christensen
Martin F. Trainor
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
jchristensen@gbc.law
mtrainor@gbc.law

*Counsel for Plaintiff Chrome Hearts LLC*