**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CHROME HEARTS LLC, <br><br>                 Plaintiff, <br><br>    v. <br><br> THE PARTNERSHIPS and <br> UNINCORPORATED ASSOCIATIONS <br> IDENTIFIED ON SCHEDULE "A," <br><br>                 Defendants. | Case No. 21-cv-02042 <br><br> **Judge Gary Feinerman** <br><br> **Magistrate Judge Heather K. McShain** |

**PRELIMINARY INJUNCTION ORDER**

THIS CAUSE being before the Court on Plaintiff Chrome Hearts LLC's ("Plaintiff" or "Chrome Hearts") Motion for Entry of a Preliminary Injunction, and this Court having heard the evidence before it hereby GRANTS Plaintiff's Motion for Entry of a Preliminary Injunction in its entirety against the fully interactive, e-commerce stores[1] operating under the seller aliases identified in Schedule A to the Complaint and attached hereto (collectively, the "Seller Aliases").

THIS COURT HEREBY FINDS that it has personal jurisdiction over the Defendants since the Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more Seller Aliases, offer shipping to the United States, including Illinois, accept payment in U.S. dollars, and have sold products using counterfeit and infringing versions of Chrome Hearts' federally

---

[1] The e-commerce store urls are listed on Schedule A hereto under the Online Marketplaces and Domain Names.

registered trademarks (the "CHROME HEARTS Trademarks") to residents of Illinois. A list of

the CHROME HEARTS Trademarks is included in the below chart.

| Registration Number | Trademark | Goods and Services |
|---|---|---|
| 1,665,791 | CHROME HEARTS | For: jewelry, belt buckles made of precious metal, key rings made of precious metal, cufflinks, tie fasteners made of precious metal, brooches, necklaces and earrings in class 014. <br><br> For: garment bags for travel, tote bags, shoulder bags, purses and luggage in class 018. <br><br> For: clothing; namely, shirts, trousers, jackets, vests, chaps, men's and women's underwear, coats, clothing belts, gloves and boots in class 025. <br><br> For: belt buckles not of precious metal and tie fasteners not of precious metal in class 026. |
| 2,192,539 | CHROME HEARTS | For: retail store services in the field of general merchandise in class 042. |
| 5,186,592 | CHROME HEARTS | For: eyewear, namely, eyeglasses, sunglasses, their parts and cases; phone accessories, namely, phone straps, pouches specially adapted for holding phones, phone cases, charms for phones, tablet cases and laptop cases; pre-recorded CDs and DVDs in the field of music in class 009. |
| 5,186,676 | CHROME HEARTS | For: incense holders in the nature of incense burners in class 021. |

| Registration Number | Trademark | Goods and Services |
|---|---|---|
| 4,501,511 | ✤ CHROME HEARTS ✤ | For: retail store services in the fields of general merchandise, namely, clothing, jewelry, handbags, eyewear, toys, furniture and household products in class 035. |
| 4,510,061 | ✤ CHROME HEARTS ✤ | For: jewelry, namely, earrings, rings, bracelets, cuff bracelets, necklaces, pendants, brooches, cuff links, tie fasteners and watch bracelets, key rings of precious metals in class 014. |
| 2,118,026 | CHROME HEARTS | For: leather bags, namely, handbags, back packs, tote bags, shoulder bags, wallets and luggage in class 018.<br><br>For: men's and women's clothing, namely, pants, shirts, tee shirts, sweaters, jackets, vests, chaps, skirts, belts, underwear, gloves, shoes and boots in class 025. |
| 2,216,570 | CHROME HEARTS | For: jewelry made wholly or in part of precious metal; namely, rings, earrings, necklaces, bracelets, cuff links, key rings, belt buckles, watches and tie fasteners in class 014. |
| 2,350,742 | CHROME HEARTS | For: eyewear; namely, eyeglasses, sunglasses and their cases in class 009. |
| 3,061,598 | CHROME HEARTS | For: retail store services in the field of general merchandise in class 035. |
| 4,658,582 | CHROME HEARTS | For: phone accessories, namely, phone straps, pouches specially adapted for holding phones, phone |

3

| Registration Number | Trademark | Goods and Services |
|---|---|---|
| | | cases, charms for phones, tablet cases and laptop cases in class 009. |
| 3,657,370 |  | For: bags, namely, handbags, shoulder bags, back packs, tote bags, wallets, garment bags and luggage in class 018. |
| 2,216,575 |  | For: clothing; namely, tee shirts, shirts, tank tops, pants, chaps jeans, sweaters and jackets in class 025. |
| 2,307,126 |  | For: jewelry made wholly or in part of precious metal, namely, rings, earrings, necklaces, bracelets, cuff links, key rings, belt buckles, watches and tie fasteners in class 014. |
| 2,375,507 |  | For: bags; namely, handbags, shoulder bags, back packs, tote bags, wallets and luggage in class 018. |
| 2,408,082 |  | For: men's and women's clothing; namely, jeans, leather pants, skirts, jackets, chaps, sweaters, vests, tee-shirts and shirts in class 025. |
| 2,538,565 |  | For: eyewear; namely, eyeglasses, sunglasses, eyeglass cases and sunglass cases in class 009. |

| Registration Number | Trademark | Goods and Services |
|---|---|---|
| 4,504,948 |  | For: jewelry, namely, rings, earrings, necklaces, bracelets, cuff bracelets, pendants, brooches, cuff links, tie fasteners, key rings made of precious metals and watch bracelets in class 014. |
| 4,648,016 |  | For: phone accessories, namely, phone straps, pouches specially adapted for holding phones, phone cases, charms for phones, tablet cases and laptop cases in class 009. |
| 3,657,375 |  | For: bags, namely, handbags, shoulder bags, back packs, tote bags, wallets, garment bags and luggage in class 018. |
| 2,954,539 |  | For: jewelry, namely, bracelets, necklaces, rings, earrings, pendants, cuff links and watch bracelets in class 014. |
| 3,770,379 |  | For: eyewear; namely, eyeglasses, sunglasses, eyeglass cases and sunglass cases in class 009. |
| 3,877,137 |  | For: clothing; namely, tee shirts, shirts, tank tops, sweaters, sweat shirts, sweat pants, jeans, leather pants, coats, jackets, hats, socks, underwear and footwear in class 025. |
| 3,937,133 |  | For: jewelry; namely, rings, earrings, necklaces, bracelets, pendants, cuff links, dog tags for wear by humans for decorative purposes and watch bracelets in class 014. |

| Registration Number | Trademark | Goods and Services |
|---|---|---|
| 3,365,408 |  | For: retail store services in the field of jewelry, clothing, handbags, eyewear, home furnishings, bed linen, and toys in class 035. |
| 3,385,449 |  | For jewelry, namely, bracelets, rings, watch bands, necklaces, and lighters made of precious metals in class 014. |
| 3,388,911 |  | For clothing, namely, tee shirts, shirts, tank tops, sweatshirts, sweat pants, sweaters, and hats in class 025. |
| 3,731,400 |  | For: eyewear, namely, eyeglasses, sunglasses, eyeglass cases and sunglass cases in class 009. |
| 3,743,975 |  | For: bags, namely, handbags, shoulder bags, back packs, tote bags, wallets and luggage in class 018. |
| 4,809,639 |  | For: paper goods, namely, post cards, stationery, tissue paper, gift boxes and printed matter, namely, magazines featuring information about fashion in class 016. |
| 3,605,854 |  | For: bags, namely, handbags, shoulder bags, clutches, tote bags, wallets, back packs and luggage in class 018. |
| 3,605,860 |  | For: jewelry, namely, rings, earrings, pendants, necklaces, bracelets, cuff bracelets, cuff links, watch bracelets and key rings made of precious metals in class 014. |

| Registration Number | Trademark | Goods and Services |
|---|---|---|
| 3,606,059 |  | For: clothing, namely, tee shirts, shirts, tank tops, sweaters, sweat shirts, sweat pants, jeans, pants, jackets, coats and hats in class 025. |
| 3,731,397 |  | For: eyewear, namely, eyeglasses, sunglasses, eyeglass cases and sunglass cases in class 009. |
| 4,501,775 |  | For: retail store services in the field of general merchandise, namely, clothing, clothing accessories, jewelry, handbags, fragrances, personal leather goods, luggage, toys, and smoking articles in class 035. |
| 4,783,129 |  | For: paper goods, namely, post cards, stationery, tissue paper, gift boxes and printed matter, namely, magazines featuring information about fashion in class 016. |
| 3,267,866 |  | For: clothing, namely, tee shirts, shirts, jackets, tank tops, sweaters, hats and sweatshirts in class 025. |
| 3,731,401 |  | For: eyewear, namely, eyeglasses, sunglasses, eyeglass cases and sunglass cases in class 009. |
| 4,494,781 |  | For: bags, namely, shoulder bags, handbags, messenger bags, back packs, clutches, evening bags, wallets, duffel bags, luggage in class 018. |

| Registration Number | Trademark | Goods and Services |
|---|---|---|
| 4,494,841 |  | For: jewelry, namely, rings, earrings, necklaces, bracelets, cuff bracelets, brooches, pendants, cuff links, key rings made of precious metals, tie fasteners and watch bracelets in class 014. |
| 3,385,415 |  | For: jewelry, namely, bracelets, necklaces, key rings made of precious metals, rings, pendants, watch bracelets in class 014. |
| 3,385,416 |  | For: clothing, namely, tee shirts, shirts, sweaters, tank tops, sweatshirts, hats and pants in class 025. |
| 3,388,912 |  | For: clothing, namely, tee shirts, shirts, sweatshirts, tank tops and hats in class 025. |
| 4,616,169 |  | For: eyewear, namely, eyeglasses, sunglasses, eyeglass cases and sunglass cases in class 009. |
| 4,619,672 |  | For: jewelry, namely, rings, earrings, bracelets, necklaces, pendants, cuff links, cuff bracelets, tie fasteners, key rings made of precious metals, watch bracelets and brooches in class 014. |

| Registration Number | Trademark | Goods and Services |
|---|---|---|
| 4,619,673 |  | For: bags, namely, handbags, shoulder bags, back packs, messenger bags, clutches, duffle bags, evening bags, wallets and luggage in class 018. |
| 4,619,674 |  | For: clothing, namely, tee shirts, shirts, tank tops, sweat shirts, sweat pants, vests, sweaters, jeans, pants, chaps, dresses, skirts, jackets, coats, underwear, swimwear, hats, socks and footwear in class 025. |
| 4,619,675 |  | For: Smoking articles, namely, cigarette lighters, cases and holders not of precious metals, tobacco pouches, cigar cutters and humidors in class 034. |
| 3,784,392 |  | For: eyewear, namely, eyeglasses, sunglasses, eyeglass cases and sunglass cases in class 009. |
| 3,728,357 |  | For: eyewear, namely, eyeglasses, sunglasses, eyeglass cases and sunglass cases in class 009. |
| 4,494,945 |  | For: clothing, namely, tee shirts, shirts, tank tops, sweaters, sweat shirts, vests, dresses, skirts, jackets, coats, jeans, leather pants, chaps, undergarments, swimwear, hats and footwear in class 025. |

| Registration Number | Trademark | Goods and Services |
|---|---|---|
| 4,494,946 |  | For: jewelry, namely, rings, earrings, bracelets, necklaces, cuff bracelets, cuff links, brooches, pendants, key rings made of precious metals, tie fasteners and watch bracelets in class 014. |
| 3,731,402 |  | For: eyewear, namely, eyeglasses, sunglasses, eyeglass cases and sunglass cases in class 009. |
| 4,494,838 |  | For: jewelry, namely, rings, earrings, necklaces, bracelets, cuff bracelets, tie fasteners, brooches, pendants, cuff links, key rings made of precious metals and watch bracelets in class 014. |
| 4,497,576 |  | For: clothing, namely, tee shirts, shirts, tank tops, sweaters, sweat shirts, sweat pants, jeans, leather pants, chaps, skirts, dresses, vests, jackets, coats, swimwear, underwear, hats and footwear in class 025. |
| 5,186,624 |  | For: belt buckles; belt buckles for clothing; zipper pulls; clothing accessories, namely, charms for attachment to zipper pulls and buttons in class 026. |
| 3,388,920 |  | For: clothing, namely, tee shirts, shirts, sweatshirts, jackets and pants in class 025. |

| Registration Number | Trademark | Goods and Services |
|---|---|---|
| 3,728,356 |  | For: eyewear, namely, eyeglasses, sunglasses, eyeglass cases and sunglass cases in class 009. |
| 4,494,782 |  | For: jewelry, namely, rings, earrings, necklaces, bracelets, cuff bracelets, brooches, tie fasteners, cuff links, watch bracelets in class 014. |
| 3,731,403 |  | For: eyewear, namely, eyeglasses, sunglasses, eyeglass cases and sunglass cases in class 009. |
| 4,510,024 |  | For: clothing, namely, tee shirts, shirts, tank tops, sweaters, sweat shirts, sweat pants, vests, jackets, jeans, leather pants, dresses, skirts, swimwear, undergarments, hats and footwear in class 025. |
| 3,894,026 |  | For: jewelry, namely, rings, earrings, pendants, cuff bracelets, bracelets, necklaces, cuff links, watch bracelets, brooches and dog tags for wear by humans for decorative purposes in class 014. |
| 2,214,641 |  | For: clothing, namely, shirts, tee shirts, pants, jeans, leather jackets, leather vests, leather pants, chaps, coats, gloves, men's and women's underwear, clothing belts and footwear; namely, boots in class 025. |

| Registration Number | Trademark | Goods and Services |
|---|---|---|
| 2,214,642 |  | For: bags; namely, shoulder bags, wallets, tote bags, handbags, garment bags and luggage in class 018. |
| 2,284,625 |  | For: jewelry made wholly or in part of precious metals; namely, bracelets, necklaces, rings, pendants, earrings, key rings, brooches, lapel pins, cuff links, watches and belt buckles made wholly or in part of precious metals in class 014. |
| 4,643,894 |  | For: eyewear, namely, eyeglasses and sunglasses; component parts for all of the aforesaid goods; and cases for eyeglasses and sunglasses in class 009. |
| 3,728,359 |  | For: eyewear, namely, eyeglasses, sunglasses, eyeglass cases and sunglass cases in class 009. |
| 4,510,020 |  | For: jewelry, namely, rings, earrings, necklaces, bracelets, cuff bracelets, brooches, cuff links, key rings, watch bracelets and tie fasteners in class 014. |
| 4,510,021 |  | For: clothing, namely, shirts, tee shirts, tank tops, sweaters, vests, sweat shirts, sweat pants, jeans, leather pants, chaps, skirts, jackets, dresses, undergarments, hats, |

| Registration Number | Trademark | Goods and Services |
|---|---|---|
| | | swimwear and footwear in class 025. |
| 4,643,872 |  | For: bags, namely, shoulder bags, wallets, tote bags, handbags, evening bags, clutches, messenger bags, back packs, duffle bags, garment bags for travel and luggage in class 018. |
| 3,385,439 |  | For: clothing, namely, tee shirts, shirts, sweatshirts and hats in class 025. |
| 3,828,365 |  | For: clothing, namely, tee shirts, shirts, tank tops, sweat shirts, sweaters, jackets, lingerie and hats in class 025. |
| 3,831,922 |  | For: bags, namely, hand bags, shoulder bags, messenger bags, back packs, duffle bags, clutches, evening bags, wallets and luggage in class 018. |
| 3,882,533 |  | For: jewelry, namely, rings, earrings, pendants, necklaces, bracelets, dog tags for wear by humans for decorative purposes, and cuff links in class 014. |
| 3,658,047 |  | For: bags, namely, handbags, shoulder bags, back packs, tote bags, wallets and luggage in class 018. |

| Registration Number | Trademark | Goods and Services |
|---|---|---|
| 4,510,022 |  | For: bags, namely, handbags, shoulder bags, messenger bags, clutches, evening bags, tote bags, duffel bags, wallets and luggage in class 018. |
| 3,605,968 |  | For: men's and women's clothing, namely, pants, jeans and chaps in class 025. |
| 3,637,806 |  | For: bags, namely, handbags, shoulder bags, back packs, messenger bags, clutches, wallets and luggage in class 018. |
| 3,873,570 |  | For: belt buckles for clothing in class 026. |
| 3,873,571 |  | For: clothing, namely, tee shirts, shirts, tank tops, sweaters, sweat shirts, vests, jackets, coats, pants, jeans and hats in class 025. |
| 4,497,539 |  | For: eyewear, namely, sunglasses, eyeglasses and their cases in class 009. |
| 3,388,913 |  | For: clothing, namely, tee shirts, shirts, tank tops and sweatshirts in class 025. |

| Registration Number | Trademark | Goods and Services |
|---|---|---|
| 4,439,515 |  | For: jewelry, namely, rings, earrings, bracelets, necklaces, pendants, cuff links, cuff bracelets, key rings made of precious metals and watch bracelets in class 014. |
| 4,501,509 |  | For: clothing, namely, tee shirts, shirts, tank tops, sweat shirts, vests, sweaters, sweat pants, jeans, leather pants, chaps, skirts, dresses, jackets, coats, swimwear, hats, undergarments and footwear in class 025. |
| 4,494,842 |  | For: jewelry, namely, rings, earrings, necklaces, bracelets, cuff bracelets, brooches, pendants, cuff links, key rings made of precious metals, tie fasteners and watch bracelets in class 014. |
| 4,494,843 |  | For: clothing, namely, shirts, tee shirts, tank tops, sweaters, sweat shirts, sweat pants, dresses, skirts, jackets, coats, jeans, vests, leather pants, chaps, swimwear, underwear, hats and footwear in class 025. |

THIS COURT FURTHER FINDS that injunctive relief previously granted in the Temporary Restraining Order ("TRO") should remain in place through the pendency of this litigation and that issuing this Preliminary Injunction is warranted under Federal Rule of Civil Procedure 65. Evidence submitted in support of this Motion and in support of Chrome Hearts' previously granted Motion for Entry of a Temporary Restraining Order establishes that Chrome Hearts has demonstrated a likelihood of success on the merits; that no remedy at law exists; and

that Chrome Hearts will suffer irreparable harm if the injunction is not granted. Specifically, Chrome Hearts has proved a *prima facie* case of trademark infringement because (1) the CHROME HEARTS Trademarks are distinctive marks and are registered with the U.S. Patent and Trademark Office on the Principal Register, (2) Defendants are not licensed or authorized to use any of the CHROME HEARTS Trademarks, and (3) Defendants' use of the CHROME HEARTS Trademarks is causing a likelihood of confusion as to the origin or sponsorship of Defendants' products with Chrome Hearts. Furthermore, Defendants' continued and unauthorized use of the CHROME HEARTS Trademarks irreparably harms Chrome Hearts through diminished goodwill and brand confidence, damage to Chrome Hearts' reputation, loss of exclusivity, and loss of future sales. Monetary damages fail to address such damage and, therefore, Chrome Hearts has an inadequate remedy at law. Moreover, the public interest is served by entry of this Preliminary Injunction to dispel the public confusion created by Defendants' actions. As such, this Court orders that:

1. Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them be preliminarily enjoined and restrained from:

   a. using the CHROME HEARTS Trademarks or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Chrome Hearts product or not authorized by Chrome Hearts to be sold in connection with the CHROME HEARTS Trademarks;

   b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Chrome Hearts product or any other product produced by Chrome Hearts, that is not

Chrome Hearts' or not produced under the authorization, control or supervision of Chrome Hearts and approved by Chrome Hearts for sale under the CHROME HEARTS Trademarks;

c. committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control or supervision of Chrome Hearts, or are sponsored by, approved by, or otherwise connected with Chrome Hearts;

d. further infringing the CHROME HEARTS Trademarks and damaging Chrome Hearts' goodwill; and

e. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Chrome Hearts, nor authorized by Chrome Hearts to be sold or offered for sale, and which bear any of Chrome Hearts' trademarks, including the CHROME HEARTS Trademarks, or any reproductions, counterfeit copies or colorable imitations thereof.

2. The domain name registries for the Domain Names, including, but not limited to, VeriSign, Inc., Neustar, Inc., Afilias Limited, CentralNic, Nominet, and the Public Interest Registry, within ten (10) business days of receipt of this Order, shall, at Chrome Hearts' choosing:

a. unlock and change the registrar of record for the Domain Names to a registrar of Chrome Hearts' selection until further ordered by this Court; or

b. disable the Domain Names and make them inactive and untransferable until further ordered by this Court.

3. The domain name registrars, including, but not limited to, GoDaddy Operating Company LLC ("GoDaddy"), Name.com, PDR LTD. d/b/a/ PublicDomainRegistry.com ("PDR"),

and Namecheap Inc. ("Namecheap"), within ten (10) business days of receipt of this Order, shall take any steps necessary to transfer the Domain Names to a registrar account of Chrome Hearts' selection so that the Domain Names can be redirected or disabled until further ordered by this Court.

4.    Upon Chrome Hearts' request, any third party with actual notice of this Order who is providing services for any of the Defendants, or in connection with any of the Online Marketplaces and Domain Names, including, without limitation, any online marketplace platforms such as eBay, Inc. ("eBay"), AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, Inc. ("Amazon"), ContextLogic Inc. d/b/a Wish.com ("Wish.com"), and Dhgate (collectively, the "Third Party Providers") shall, within ten (10) business days after receipt of such notice, provide to Chrome Hearts expedited discovery, including copies of all documents and records in such person's or entity's possession or control relating to:

a.    the identities and locations of Defendants, their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including all known contact information, and all associated e-mail addresses;

b.    the nature of Defendants' operations and all associated sales, methods of payment for services and financial information, including, without limitation, identifying information associated with the Online Marketplaces, the Domain Names, and Defendants' financial accounts, as well as providing a full accounting of Defendants' sales and listing history related to their respective Online Marketplaces and Domain Names; and

c. any financial accounts owned or controlled by Defendants, including their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions including, without limitation, PayPal, Inc. ("PayPal"), Alipay, Alibaba, Ant Financial Services Group ("Ant Financial"), Amazon Pay, Wish.com, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

5. Upon Chrome Hearts' request, those with notice of the injunction, including the Third Party Providers as defined in Paragraph 4, shall, within ten (10) business days after receipt of such notice disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of counterfeit and infringing goods using the CHROME HEARTS Trademarks.

6. Defendants shall be temporarily and preliminarily restrained and enjoined from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

7. Any Third Party Providers, including PayPal, Alipay, Alibaba, Ant Financial, Wish.com and Amazon Pay, shall, within ten (10) business days of receipt of this Order:

a. locate all accounts and funds connected to Defendants, the Seller Aliases, Online Marketplaces, and Domain Names, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified in Exhibits 5 and 6 to the Declaration of Mario Lejtman, and any e-mail addresses provided for Defendants by third parties; and

    b.  restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

8.    Chrome Hearts is authorized to issue expedited written discovery, pursuant to Federal Rules of Civil Procedure 33, 34 and 36, related to:

    a.  the identities and locations of Defendants, their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including all known contact information, including any and all associated e-mail addresses; and

    b.  the nature of Defendants' operations and all associated sales, methods of payment for services and financial information, including, without limitation, identifying information associated with the Online Marketplaces, Domain Names, and Defendants' financial accounts, as well as providing a full accounting of Defendants' sales and listing history related to their respective Online Marketplaces and Domain Names.

Chrome Hearts is authorized to issue any such expedited discovery requests via e-mail. Defendants shall respond to any such discovery requests within three (3) business days of being served via e-mail.

9.    Chrome Hearts may provide notice of these proceedings to Defendants, including service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by electronically publishing a link to the Complaint, this Order and other relevant documents on a website to which the Domain Names which are transferred to Chrome Hearts' control will redirect, or by sending an e-mail to the e-mail addresses identified in Exhibits 5 and 6 to the Declaration of Mario Lejtman and any e-mail addresses provided for Defendants by third parties that includes a link to said website. The Clerk of the Court is directed to issue a

single original summons in the name of "The Partnerships and all other Defendants identified in the Complaint" that shall apply to all Defendants. The combination of providing notice via electronic publication or e-mail, along with any notice that Defendants receive from domain name registrars and payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

10. Schedule A to the Complaint [2], Exhibits 5 and 6 to the Declaration of Mario Lejtman [13], [14], and the TRO [25] are unsealed.

11. Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and Northern District of Illinois Local Rules.

12. The $10,000 bond posted by Chrome Hearts shall remain with the Court until a Final disposition of this case or until this Preliminary Injunction is terminated.

IT IS SO ORDERED.

Dated: May 21, 2021

_____

Gary Feinerman
United States District Judge

**Chrome Hearts LLC v. The Partnerships and Unincorporated Associations Identified on Schedule "A" - Case No. 21-cv-2042**

Schedule A

| No. | Seller Aliases | No. | Seller Aliases |
|---|---|---|---|
| 1 | chromeehearts.shop | 2 | chromeehearts.online |
| 3 | chromeheart.online | 4 | chromeheart.store |
| 5 | chromehearts.com.co | 6 | Women Heaven Store |
| 7 | imixlot | 8 | Hisenlee Official Store |
| 9 | Chmaori Beautiful Footwear Store | 10 | Lilibeth&Danjal Real Silver Jewellery Store |
| 11 | shop zl761225 Store | 12 | ULIKEIDO jewelrry Store |
| 13 | cherrymaster Store | 14 | BBG Car Light Store |
| 15 | UAN Accessories Store | 16 | Stones fate Store |
| 17 | Hotony Official Store | 18 | Moocare Jewellery Store |
| 19 | Kids customzied print Store | 20 | SuperAmeston007 Store |
| 21 | LFLGOGHM Store | 22 | I fingers Store |
| 23 | MYNEW Store | 24 | Leouerry Official Stor |
| 25 | Mi Yuan Store | 26 | Ou Yin Store |
| 27 | ORELDIA Official Store | 28 | Jiubanjewelry Store |
| 29 | FIFANYI SIKO 3 Store Store | 30 | Shop5438118 Store |
| 31 | MM&CC Store | 32 | Leisure life personality Store |
| 33 | Shop5699077 Store | 34 | Feelyou Store |
| 35 | MiQiao Luokey Store | 36 | Shop5800208 Store |
| 37 | Brdwn Official Store | 38 | fashionbegin Industry International |
| 39 | 99 nail decoration sector | 40 | JIE XI MI Store |
| 41 | keeper ornament Official Store | 42 | AliHome Store |
| 43 | Firmranch002 Store | 44 | Shop910565005 Store |
| 45 | VILAGE Store | 46 | Shop910972032 Store |
| 47 | PARIS-STORY Store | 48 | SUMMISE Store |
| 49 | Shop910997042 Store | 50 | QiLuxy Store |
| 51 | Shop911224197 Store | 52 | Shop911229158 Store |
| 53 | Dian Zhui Store | 54 | ChaKnel |
| 55 | Dannawexler | 56 | ScrollArts |
| 57 | Every Little Things | 58 | Suprkme |
| 59 | GZKJY | 60 | Toon2829 |
| 61 | BriTu | 62 | shenzhenshigelanermaoyiyouxiangongsi |
| 63 | chaojishangdian | 64 | hainingshibailexincailiaoyouxiangongsi |

| No. | Seller Aliases | No. | Seller Aliases |
|---|---|---|---|
| 65 | LIYUYIN | 66 | Sevendoo |
| 67 | Normentn | 68 | Afterill |
| 69 | TEMEGO | 70 | JHashdw |
| 71 | ZaiSangDianZiJohn | 72 | Hey Pet |
| 73 | jiananwanbaihuo | 74 | dongguanshizhengsimao |
| 75 | Moment Meets Eternity | 76 | aoying |
| 77 | Stuartlly | 78 | wanggaopengShop |
| 79 | jingtaixianshengcaizhuangshiyouxiangongsi | 80 | Yangzhouhaojincanyinguanliyouxiangongsi |
| 81 | QingYiShiJieZhuang | 82 | Jingxingkuangqukuairenkuaiyuyujudian |
| 83 | Kissvian | 84 | maanshanshilongtannongyejishufuwuyouxiangongsi |
| 85 | ChiMuShiYe | 86 | wangkexinhan |
| 87 | BeiJingJiuDaYunJiSuanYouXianGongSi | 88 | Fujianhua |
| 89 | Zunguda | 90 | tanchengxianconghuijiajushenghuodian |
| 91 | ZhangHuaShop | 92 | wangmeiShop |
| 93 | The November Nocturne | 94 | FangShiMinShop |
| 95 | youtengmaoyi | 96 | Duskook |
| 97 | oghawk.com | | |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 1 | aliexpress.com/store/1540004 | 2 | aliexpress.com/store/200291 |
| 3 | aliexpress.com/store/2412108 | 4 | aliexpress.com/store/2804201 |
| 5 | aliexpress.com/store/3110019 | 6 | aliexpress.com/store/3204030 |
| 7 | aliexpress.com/store/3479065 | 8 | aliexpress.com/store/3655031 |
| 9 | aliexpress.com/store/3662067 | 10 | aliexpress.com/store/3908012 |
| 11 | aliexpress.com/store/4459010 | 12 | aliexpress.com/store/4574006 |
| 13 | aliexpress.com/store/4596018 | 14 | aliexpress.com/store/4702030 |
| 15 | aliexpress.com/store/4704063 | 16 | aliexpress.com/store/4870028 |
| 17 | aliexpress.com/store/4995073 | 18 | aliexpress.com/store/4999264 |
| 19 | aliexpress.com/store/5023122 | 20 | aliexpress.com/store/5073331 |
| 21 | aliexpress.com/store/5239075 | 22 | aliexpress.com/store/5247195 |
| 23 | aliexpress.com/store/5321009 | 24 | aliexpress.com/store/5325020 |
| 25 | aliexpress.com/store/5438118 | 26 | aliexpress.com/store/5575093 |
| 27 | aliexpress.com/store/5628145 | 28 | aliexpress.com/store/5699077 |
| 29 | aliexpress.com/store/5778237 | 30 | aliexpress.com/store/5784516 |
| 31 | aliexpress.com/store/5800208 | 32 | aliexpress.com/store/714698 |
| 33 | aliexpress.com/store/715329 | 34 | aliexpress.com/store/723713 |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 35 | aliexpress.com/store/900239422 | 36 | aliexpress.com/store/900247264 |
| 37 | aliexpress.com/store/910453278 | 38 | aliexpress.com/store/910538009 |
| 39 | aliexpress.com/store/910565005 | 40 | aliexpress.com/store/910653008 |
| 41 | aliexpress.com/store/910972032 | 42 | aliexpress.com/store/910977056 |
| 43 | aliexpress.com/store/910986037 | 44 | aliexpress.com/store/910997042 |
| 45 | aliexpress.com/store/911056062 | 46 | aliexpress.com/store/911224197 |
| 47 | aliexpress.com/store/911229158 | 48 | aliexpress.com/store/911234123 |
| 49 | amazon.com/sp?seller=A1AN38B5J1YWFO | 50 | amazon.com/sp?seller=A1CFEO7JBBHI8D |
| 51 | amazon.com/sp?seller=A1D08RFK0M6GQ8 | 52 | amazon.com/sp?seller=A1DCN0ZCNOB8FJ |
| 53 | amazon.com/sp?seller=A1GVF0OXI5LTM2 | 54 | amazon.com/sp?seller=A1H2O3I324S5AW |
| 55 | amazon.com/sp?seller=A1J447EKAHWSZD | 56 | amazon.com/sp?seller=A1JVBFBX16D3OH |
| 57 | amazon.com/sp?seller=A1KH07DNOBYV46 | 58 | amazon.com/sp?seller=A1LT481TYJ60YW |
| 59 | amazon.com/sp?seller=A1PB0A53LC6TRG | 60 | amazon.com/sp?seller=A1U3X0NEDE1L1H |
| 61 | amazon.com/sp?seller=A1U78Y635X94M9 | 62 | amazon.com/sp?seller=A1V7RZQL4ZGXTY |
| 63 | amazon.com/sp?seller=A1W4OPSY42FIIL | 64 | amazon.com/sp?seller=A247SF2HQ917I9 |
| 65 | amazon.com/sp?seller=A25QRDTLR82ISX | 66 | amazon.com/sp?seller=A2G4KLK6ZIITP6 |
| 67 | amazon.com/sp?seller=A2KV0AX1DSPWDN | 68 | amazon.com/sp?seller=A2LC2T4Y4EK4B7 |
| 69 | amazon.com/sp?seller=A2O2FF3GE6FGWC | 70 | amazon.com/sp?seller=A2QAQB126RFU79 |
| 71 | amazon.com/sp?seller=A2RTC771SNFX68 | 72 | amazon.com/sp?seller=A2TD674WYJDQCV |
| 73 | amazon.com/sp?seller=A2TNB7EUYWQ3ZZ | 74 | amazon.com/sp?seller=A33HI5VLFERO4Y |
| 75 | amazon.com/sp?seller=A37UELJ0IE7UES | 76 | amazon.com/sp?seller=A39VO4JPW2TWN6 |
| 77 | amazon.com/sp?seller=A3AJCCTK7VWJZF | 78 | amazon.com/sp?seller=A3C43AXVUMQ4MT |
| 79 | amazon.com/sp?seller=A3EQAVBIEY9AJW | 80 | amazon.com/sp?seller=A3Q13JKXXB5BIYI |
| 81 | amazon.com/sp?seller=A5NQ53I0I5O2L | 82 | amazon.com/sp?seller=A70VINZLETVHP |
| 83 | amazon.com/sp?seller=AD5NVHPE577FN | 84 | amazon.com/sp?seller=AEI637KD3LG1Y |

| No. | Online Marketplaces |
|---|---|
| 85 | amazon.com/sp?seller=AEJCVUMFQUSHS |
| 87 | amazon.com/sp?seller=AGLMX9HAINENB |
| 89 | amazon.com/sp?seller=AO65KA0YLX6 |
| 91 | amazon.com/sp?seller=AYJAWATWO6GF5 |

| No. | Online Marketplaces |
|---|---|
| 86 | amazon.com/sp?seller=AEMDCCAI0DXWI |
| 88 | amazon.com/sp?seller=AJEZ6JNKKGUV5 |
| 90 | amazon.com/sp?seller=AX1J5EH12NC1N |
| 92 | oghawk.com |

| No. | Domain Names |
|---|---|
| 1 | chromeehearts.shop |
| 3 | chromeheart.online |
| 5 | chromehearts.com.co |

| No. | Domain Names |
|---|---|
| 2 | chromeehearts.online |
| 4 | chromeheart.store |
| | |